IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-01375-MSK-CBS

JIM ELSON and
LEONARD DELGADO,

    Plaintiffs,

v.

COLORADO MENTAL HEALTH INSTITUTE AT PUEBLO,

    Defendant.

---

## MINUTE ORDER

---

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Amend Answer *(doc. # 35)* is GRANTED.  Defendant's "Amended Answer to Plaintiffs' Complaint and Jury Demand" *(doc no. 35-2)*, tendered to the court on February 22, 2010, is accepted for filing as of the date of this order.

**DATED:**    February 26, 2010